**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Michael Tredell JONES, Defendant— Appellant.**

**No. 10–50549.**

United States Court of Appeals, Ninth Circuit.

Submitted Dec. 19, 2011.*

Filed Dec. 22, 2011.

Michael J. Raphael, Esquire, Joshua Robbins, Assistant U.S. Attorneys, Office of the U.S. Attorney, Los Angeles, CA, for Plaintiff–Appellee.

W. Michael Mayock, Esquire, Law Office of W. Michael Mayock, Pasadena, CA, for Defendant–Appellant.

Before: GOODWIN, WALLACE, and McKEOWN, Circuit Judges.

MEMORANDUM **

Michael Tredell Jones appeals from his 18–month sentence following his jury-trial convictions for conspiracy and counterfeiting obligations or securities of the United States, in violation of 18 U.S.C. §§ 371 and 471. We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Jones contends that the district court erred when it applied enchantments to his Guideline calculation pursuant to U.S.S.G. §§ 2B5.1(b)(2)(A) and (b)(3). In light of the jury's verdict, the district court did not err in applying the enhancements. *See United States v. Armstead,* 552 F.3d 769, 777 (9th Cir.2008).

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.